UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

*ELECTRONICALLY FILED*

**CIVIL ACTION NO: 18-143-WOB-CJS**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

vs.

**NIAN F. HOGAN, et al.**                                               **DEFENDANTS**

---

**MOTION FOR
REPORT OF WARNING ORDER ATTORNEY**

---

Comes now the undersigned, James M. West, Warning Order Attorney for Defendant, Nian F. Hogan and Unknown Spouse of Nian F. Hogan (hereinafter referred to as "Defendants"), and for his report states as follows:

1. That he is and was at all times mentioned herein a duly qualified and regularly practicing attorney in the Federal District Court for the Eastern District of Kentucky, Northern Division at Covington.

2. That pursuant to the Order of the Honorable Candace J. Smith, dated December 11, 2018, the undersigned was appointed Warning Order Attorney for Defendants for the express purpose of notifying Defendants of the nature and pendency of this action.

3. That subsequent to said appointment, the undersigned made a careful examination of certain records filed with the Court; that he caused a letters to be mailed by certified and regular mail to Defendant, Nian F. Hogan, 122 Indian Hill Drive, Crittenden, KY 41030 on January 7, 2019.

4. That subsequent to said appointment, the undersigned made a careful examination of certain records filed with the Court; that he caused a letter to be mailed

by certified and regular mail to Defendant, Unknown Spouse of Nian Hogan, 122 Indian Hill Drive, Crittenden, KY 41030 on January 7, 2019.

4. On January 10, 2019, the certified mail return receipt was returned to Warning Order Attorney signed by Janie Hogan, POA for both Nian F. Hogan and Unknown Spouse of Nian F. Hogan.

5. On January 10, 2019, office of this Warning Order Attorney received a telephone call from Janie Hogan. Ms. Hogan advised that she is the Power of Attorney of Nian F. Hogan. She advised that she received the correspondence sent to both Defendants. Janie Hogan advised that in 2017, it was determined, by Nian F. Hogan's physicians, that she could no longer live by herself due to acute dementia. Defendant, Nian F. Hogan, is currently a resident at Genesis-Grant County located in Williamstown, Kentucky. Janie Hogan also advised that

6. This Warning Order Attorney has made diligent efforts to attempt to identify and inform Unknown Spouse of Nian F. Hogan. According to Defendant, Nian F. Hogan's, Power of Attorney, Defendant, Nian F. Hogan was married to Leonard Hogan. Mr. Hogan passed away approximately fifty (50) years ago and Defendant, Nian F. Hogan never re-married. Therefore, there would be no unknown spouse of Nian F. Hogan.

7. That the undersigned attempted to locate the Defendant by internet search.

8. That the undersigned has exercised due diligence in this case and was able to locate Defendant, Nian F. Hogan.

9. That without the input and communication of Defendant, the undersigned is unable to make a defense on their behalf.

10. That during his investigation herein, the undersigned gained knowledge that the Defendant, Nian F. Hogan, currently is a resident of Genesis-Grant County due to acute dementia.

**WHEREFORE**, the undersigned prays as follows:

A. That this report be accepted by the Court, filed of record and made an integral part of these proceedings;

B. That the rights of Defendant be protected;

C. That he be afforded a reasonable fee for his services rendered herein; and

D. For any and all further and proper relief to which Defendant may appear entitled.

Respectfully submitted,

/s/ James M. West
**JAMES M. WEST (KBA #84584)**
2045 Dixie Highway
Ft. Mitchell, KY  41011
(859) 341-0600
(859) 341-1876 (Fax)
*Warning Order Attorney for Defendants*

## **CERTIFICATION**

On January 28, 2019, I electronically filed this document through the CM/ECF system, which will send the notice of electronic filing to:

George Mason, Jr., Esq.
Attorney for Plaintiff

/s/ James M. West
**JAMES M. WEST**