Eastern District of Kentucky
FILED

JAN 29 2019

AT COVINGTON
ROBERT R. CA...
CLERK U.S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

*ELECTRONICALLY FILED*

**CIVIL ACTION NO: 18-143-WOB-CJS**

**UNITED STATES OF AMERICA**           **PLAINTIFF**

**vs.**

**NIAN F. HOGAN, et al.**           **DEFENDANTS**

### ORDER

Upon Motion of James M. West, Warning Order Attorney in the above captioned case for the Court to accept the Warning Order Report, to dismiss said attorney from further action in the case and for payment for services rendered herein, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Warning Order Report filed by James M. West, Esq., is hereby accepted and James M. West, Esq. shall be dismissed from further action in this case;

**IT IS FURTHER ORDERED** that James M. West Esq. shall be paid the sum of One Hundred and Fifty-Dollars ($150.00) for services rendered plus Forty-Eight Dollars and eighty-six cents ($48.86) cents for costs expended, for a total of One-Hundred Ninety-Eight Dollars and eighty-six cents ($198.86) to be paid to the said James M. West, as Warning Order Attorney herein.

**GIVEN UNDER MY HAND THIS** 28th **DAY OF** January, 2019.

William C. Bertelsman
**Judge U.S. District Court**

cc: George Mason, Jr., Esq.
      James M. West, Esq.